**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EDWARD DORIA,<br>COLLEEN REEBENAKER a/k/a<br>COLLEEN DORIA<br>Plaintiffs,<br>v.<br>JERRY HARRIS, SYSCO CORPORATION<br>SYSCO LEASING, LLC, SYSCO FOOD<br>SERVICES, INC., SYSCO BALTIMORE, LLC<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§1332 and 1441 et. seq., Defendant, Sysco Corporation, Sysco Leasing LLC, and Sysco Baltimore LLC [also improperly identified as Sysco Foodservice, Inc.] by and through their counsel, Weber Gallagher Simpson Stapleton Fires & Newby LLP, hereby remove this matter to the U.S. District Court for the Eastern District of Pennsylvania, and in support and grounds for removal thereof, respectfully aver as follows:

1. This action arises out of a motor vehicle accident that allegedly occurred on December 9, 2024 between plaintiff and defendant Jerry Harris.

2. On or around August 20, 2026, plaintiffs Edward Doria and Colleen Reebenaker commenced a civil action in the Court of Common Pleas of Philadelphia County, Pennsylvania, by filing a Complaint. (See Plaintiffs' Complaint attached as Exhibit "A").

3. The Complaint, being the original process in this matter, was first received by defendant Sysco Corporation, Sysco Baltimore LLC and Sysco Leasing, LLC no earlier than August 27, 2026 by certified mail to Corporation Service Company ["CSC"]. Thus, this Notice of Removal is filed within the time provided by 28 U.S.C. §1446(b).

4. This action satisfies the requirements for removal within the meaning of 28 U.S.C. §1332 in that:

(a) Plaintiff and defendants' citizenships are diverse;

1) Plaintiffs Edward Doria and Colleen Reebanaker are citizens and residents of Philadelphia, Pennsylvania. See Exhibit "A."

2) Defendant Jerry Harris is a citizen and resident of Indiana;

3) Defendant Sysco Corporation is a Delaware Corporation with its principal place of business located in Texas.

4) Defendant Sysco Baltimore, LLC [also improperly identified as defendant Sysco Foodservice Inc.] is a Delaware Limited Liability Company with its principal place of business located in Dover, Delaware. Sysco Baltimore LLC's sole member is Sysco USA III, LLC a Delaware Limited liability company with its principal place of business located in Texas. Sysco USA III, LLC is owned by Sysco Holdings, LLC and Freshpoint, Inc. Sysco Holdings, LLC is a Delaware Limited Liability Company with its principal place of business located in Delaware. Sysco Holdings, LLC's sole member is Sysco Corporation. Freshpoint, Inc. is a Delaware corporation with its principal place of business in Texas.

5) Defendant Sysco Leasing LLC is Delaware limited liability company with a primary place of business in Indiana. Defendant Sysco Leasing has two members: Sysco USA I, Inc. ("Sysco I") and Sysco USA II, LLC ("Sysco II"). Sysco I is a Delaware with its principal place of business in Texas. Sysco II has two members—Fresh Point, Inc. and Sysco Holdings, LLC. Fresh Point, Inc. is a Delaware

corporation with its principal place of business in Texas. Sysco Holdings, LLC's sole single member is Sysco Corporation.

6) Defendant Sysco Corporation is a Delaware corporation with its principal place of business in Texas.

7) Defendant Jerry Harris is an adult individual and resident and citizen of the state of Indiana.

(b) The amount in controversy exceeds $75,000, exclusive of interest and costs. In the Complaint, plaintiff claims damages for, *inter alia*, the following:

18. As a direct result of the negligent, careless and/or reckless conduct of defendant, the plaintiff suffered various serious and permanent personal injuries, serious impairment of body function and/or permanent serious disfigurement, and/or aggravation of pre-existing conditions, including, but not limited to: head, neck, back, upper and lower extremities, and other ills and injuries, all to plaintiffs great loss and detriment.

19. As a-result of these injuries, all of which are permanent in nature and all of which are to plaintiffs' great financial detriment and loss, plaintiff has in the past, is presently and may in the future suffer great pain, anguish, sickness and agony and will continue to suffer for an indefinite time into the future.

20. As an additional result of the negligence, carelessness, and/or recklessness of defendant, plaintiff has suffered emotional injuries, along with the physical injuries suffered.

21. As a further result of the plaintiff's injuries, plaintiff has in the past, is presently and may in the future undergo a great loss of earnings and/or earning capacity, all to plaintiffs further loss and detriment.

22. Furthermore, in addition to all the injuries and losses suffered by the plaintiff, plaintiff has also incurred or will incur medical, rehabilitative and other related expenses in an amount equal to and/or in excess of the basic personal injury protection benefits required by the Pennsylvania Motor Vehicle Financial Responsibility Law, 75 Pa. C.S. §1701, et. seq., as amended, and/or Worker's Compensation Benefits pursuant to Act 57, and for which plaintiff makes a claim for payment in the present action.

*See* Exhibit "A."

5. Based upon a fair reading of the Complaint plaintiff has set forth a claim in which an amount in excess of the jurisdictional limit of $75,000.00, exclusive of interests and costs, may be at stake.

6. Therefore, this matter is removable to the U.S. District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §1446.

7. Defendant Jerry Harris has not been properly served with the Complaint in this matter. However, the undersigned represents Mr. Harris and he has no objection to this Notice to Remove.

8. In light of the foregoing, this matter should be properly removed from the Court of Common Pleas of Philadelphia County, Pennsylvania, and be heard before this Honorable Court.

WHEREFORE, Defendants, Sysco Corporation, Sysco Leasing LLC, Sysco Baltimore LLC [also improperly identified as Sysco Foodservice, Inc.] respectfully request that the above-

captioned action now pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, be removed therefrom to this Honorable Court.

**WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY LLP**

By: /s/ Gary N. Stewart
Gary N. Stewart
Dawn L. Jennings
2000 Market Street, Suite 1300
Philadelphia, Pennsylvania 19103
*Attorneys for Defendants Sysco Leasing LLC, Sysco Corporation, Sysco Baltimore, LLC*

Date: September 25, 2026

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within-captioned Notice of Removal was served via electronic mail, as follows:

Marc Greenfield, Esquire
Spear, Greenfield, Richman, Weitz & Taggart, P.C.
Ten Penn Center, Suite 700
1801 Market Street
Philadelphia, PA 19103
*Attorneys for Plaintiffs*

**WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY LLP**

By: /s/ *Gary N. Stewart*
Gary N. Stewart

Date: September 25, 2026